Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Wendy Weibo Sway

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wendy Weibo Sway,<br><br>        Plaintiff,<br><br>   v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Don Riding**, Officer in Charge, Fresno Sub Office, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of the Federal Bureau of Investigation,<br><br>        Defendants. | Case No. 1:07-CV-00761-OWW-NEW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) AND ORDER** |

Plaintiff, by and through her attorney of record, voluntarily dismisses the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has granted Plaintiff's N-400, *Application for Naturalization*.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1 | DATED: July 03, 2007                              Respectfully Submitted,

_____/s/ Justin Fok_____
Justin Fok, CSBN: 242272
Attorney for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED:      7/3/2007                              _/s/ Oliver W. Wanger_____
**OLIVER W. WANGER**
United States District Judge

Case No. 1:07-CV-00761-OWW-NEW        2
Notice of Voluntary Dismissal and [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com